IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JUAN MANUEL ROSALES VELAZQUEZ,

Petitioner,

v.

DAREN K. MARGOLIN, Director for Executive Office for Immigration Review; DAVID EASTERWOOD, Acting Director, St. Paul Field Office, Immigration and Customs Enforcement; and STEVE FANNON, or successor, Warden of McCook Detention Center,

Respondents.

**8:26CV136**

**JUDGMENT**

In accordance with the Memorandum and Order entered today (Filing No. 3), judgment in this case is entered in in favor of the respondents and against the petitioner. This case is dismissed. *See* Fed. R. Civ. P. 58.

Dated this 22nd day of April 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge